PROB 12C
42121

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Motion for Revocation on Offender Under Probation Supervision
Summons Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Darryl Keith Terrell | Case Number: | 7:11-MJ-1154-1 |
| Name of Sentencing Judge: | Honorable Robert B. Jones, Jr. | | |
| Date of Original Sentence: | February 29, 2012 | | |
| Original Offense: | DWI, Level V; N.C.G.S. § 20-138.1 and 18 U.S.C. § 13 | | |
| Original Sentence: | 12 month term of probation | | |
| Type of Supervision: | Probation | Supervision Started: | 02/29/2012 |
| Defense Attorney: | Ormond Harriott | | |

PETITIONING THE COURT

Violation 1 -   Criminal conduct.

On May 17, 2012, the defendant was charged by the Southfield (Michigan) Police Department with Operating With Blood Alcohol Content of .17% or More, Vehicle Insurance-None/Expired, and Drive With Expired License. On May 31, 2012, he plead guilty to Operating With Blood Alcohol Content of .17% or More and was sentenced on June 13, 2012, to 93 days imprisonment. On June 13, 2012, the defendant also plead guilty to Drive With Expired License and sentenced to 35 days imprisonment. The sentences were imposed in the 46th District Court, Southfield, Michigan.

In view thereof, we respectfully petition the court for the issuance of a summons and recommend that the term of supervision be revoked.

This the 10th day of December, 2012.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the
foregoing is true and correct.

/s/Chip Williams
Chip Williams
U.S. Probation Officer
2 Princess Street, Suite 308, Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: December 10, 2012

==================================================================================

THE COURT ORDERS:

☑   ORDER ISSUANCE OF A SUMMONS
☐   OTHER:

_____   12/11/2012
Robert B. Jones, Jr                              Date
U.S. Magistrate Judge