## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NORTH CAROLINA
#### Southern Division
#### Docket No. 7:11-MJ-1154-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| **vs.** | ) | |
| | ) | |
| **Darryl Keith Terrell** | ) | |

On February 29, 2012, Darryl Keith Terrell appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired-Level V in violation of N.C.G.S. § 20-138.1 and 18 U.S.C. § 13, was sentenced to a 12 month term of probation.

From evidence presented at the revocation hearing on June 4, 2013, the court finds as a fact that Darryl Keith Terrell, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1.     Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 27 days (time served).

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 4th day of June, 2013.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge